JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ZAYRA TORRES SANCHEZ,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

No. 2:26-cv-05063-FMO-KES

**JUDGMENT**

Pursuant to the Order Granting Petition and Entry of Judgment under 28 U.S.C. § 2241, it is adjudicated that the Petition is **GRANTED** for the same reasons and on the same terms provided in the Court's order granting the Preliminary Injunction (ECF 16).

The Clerk of Court is directed to **CLOSE** the case.

Dated: July 6, 2026

/s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge

1